UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEVENDRA SINGH, | : |
| Plaintiff, | : Civ. No. 15-779 (KM) |
| v. | : |
| ERIC HOLDER, Jr., et al. | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

The plaintiff, Devendra Singh, is an immigration detainee currently held at the Hudson County Correctional Facility in Kearney, New Jersey. He is proceeding *pro se* with a civil rights complaint. Presently pending before the Court are three motions to dismiss filed by various defendants.

The docket of this case does not show that Mr. Singh ever filed a response to any of the three outstanding motions to dismiss. Defendants Eleonora Rivkin and Dante Cavallo have filed a reply in further support of their motion to dismiss. (*See* Dkt. No. 34) Their reply refers to a three-page response from plaintiff in opposition to their motion. Similarly, defendant Brian Fischer's motion to dismiss alludes to a response from the plaintiff. Neither of the responses to which these defendants refer appears on the docket. I surmise that the plaintiff has served responses on the defendants, but has not filed them with the clerk of the court.

Accordingly, IT IS this 16th day of November, 2015,

ORDERED that, on or before November 30, 2015, all moving defendants shall do the Court the courtesy of furnishing copies of any responses to their motions that they have received; and it is further

ORDERED that, on or before November 30, 2015, the plaintiff shall send to the clerk of the Court copies of any response he has previously sent to the defendants so that they may be filed. Failure to do so may result in the motion's being decided based upon the defendants' briefs and any copies of plaintiff's briefing that they supply.

_____
KEVIN MCNULTY
United States District Judge