UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEVENDRA SINGH, | : |
| Plaintiff, | : Civ. No. 15-0779 (KM) |
| v. | : |
| ERIC H. HOLDER, JR. et al., | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

The plaintiff, Devendra Singh, was an immigration detainee at the Hudson County Correctional Facility in Kearney, New Jersey. He is proceeding *pro se* with a civil rights complaint. Presently pending before the Court are three motions to dismiss his complaint, filed by various defendants.

The Court never received any response to the motions to dismiss from Mr. Singh. Replies filed by some defendants, however, indicated that they had received a response. Accordingly, on November 16, 2015, this Court filed an order directing plaintiff to submit copies of his responses to the Clerk so that they could be filed.

My November 16, 2015 order was sent to Mr. Singh at his address of record, *i.e.*, the Hudson County Correctional Facility. On December 2, 2015, that Order was returned to the Court as undeliverable. As of today, Mr. Singh has not informed the Court of his new address, as required by Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Accordingly, I will will administratively terminate this case. All outstanding motions are dismissed without prejudice.

Mr. Singh, by supplying his current address, may seek to reopen this case. If and when that occurs, the defendants may refile and re-serve their motions to dismiss within twenty-one days of the reopening of this action.

Accordingly, IT IS this 8th day of December, 2015,

ORDERED that the Clerk shall administratively terminate this case for plaintiff's failure to comply with L. Civ. R. 10.1, with the right to reopen upon plaintiff's updating his contact information and satisfying the appropriate Rules; and it is further

ORDERED that defendants' motions to dismiss (Dkt. Nos. 29, 30, and 33) are dismissed without prejudice in light of this administrative termination, and that defendants may refile and serve their motions to dismiss within twenty-one (21) days of the reopening of this case, should that occur.

KEVIN MCNULTY
United States District Judge